FILED: July 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2264
(8:19-cv-02225-LKG)
_____

RENE MITCHELL

        Plaintiff - Appellant

v.

BROCK & SCOTT, PLLC; OCWEN LOAN SERVICING, LLC; U. S. BANK NATIONAL ASSOCIATION, as Trustee for Mastr Asset Backed Securities Trust 2005-FRE1; OCWEN FINANCIAL CORPORATION; PHH MORTGAGE CORPORATION

        Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the joint motion to suspending briefing which the court construes as a motion for abeyance, the court grants the motion and places this case in abeyance for ninety days to allow the parties to discuss and finalize global settlement. Upon conclusion of the ninety days the parties shall file an appropriate motion regarding further proceedings on appeal.

For the Court

/s/ Patricia S. Connor, Clerk